COMMONWEALTH of Pennsylvania, Respondent

v.

Marcus R. JOHNSON, Petitioner

No. 337 EAL 2017

Supreme Court of Pennsylvania.

November 28, 2017

## ORDER

PER CURIAM

**AND NOW,** this 28th day of November, 2017, the Petition for Allowance of Appeal is **DENIED.**